IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JACQUELINE RENEE JOHNSON,<br>    PLAINTIFF,<br><br>v.<br><br>HUTCHINS POLICE DEPARTMENT,<br>    DEFENDANT. | §<br>§<br>§<br>§   CIVIL CASE NO. 3:24-CV-2400-X-BK<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 22nd day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE